JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   1301 Clay Street, Box 340S
   Oakland, California 94612
   Telephone: (510) 637-3697
   FAX: (510) 637-3724

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EVELYN DAVIDSON, ) | No. C 09-1695-SBA |
|         Plaintiff, ) | |
| v. ) | **STIPULATION TO EXTEND DATE OF** |
| CARL KORMAN; PETE GEREN, ) | **CASE MANAGEMENT CONFERENCE; AND [ ORDER** |
|         Defendants. ) | |

    The plaintiff, proceeding *pro se*, and the government, specially appearing by and through its attorneys of record and without waiving any of its defenses available under Federal Rule of Civil Procedure 12(b)(6), hereby stipulate, subject to approval of the Court, to extend the date of the case management conference in the above-entitled action in light of the following:

    (1) The plaintiff filed this action on April 17, 2009.

    (2) The United States Attorney's Office was served with the summons and complaint on August 11, 2009, and the Assistant United States Attorney assigned to this case is in the process of determining whether service has been properly completed on each defendant in this action.

    (3) A case management conference is currently scheduled for September 9, 2009.

    (4) In order to give the government sufficient time to determine whether the defendants have been properly served and to file a responsive pleading, the parties respectfully ask this Court to extend the date of the case management conference from September 9, 2009, to October 8, 2009.

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 09-1695 SBA

1

2  Dated: September 1, 2009                             /s/
                                                       EDWARD A. OLSEN
3                                                      Assistant United States Attorney

4

5

6

7  Dated:  September 1, 2009                            /s/
                                                       EVELYN DAVIDSON
8                                                      *Pro Se*

9
## ORDER
10

11   PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference be continued to October 8, 2009, at 3:45 p.m., and the parties will file a joint case management conference statement 7 days in advance of the re-scheduled Case Management Conference.  The Assistant United States Attorney assigned to this case will set up the conference call with all the parties on the line and will call chambers at (510) 637-3559.

12

13

14

15

16
Dated:   September 8, 2009                    _____
17                                             SAUNDRA B. ARMSTRONG
                                              United States District Judge
18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 09-1695 SBA

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  EVELYN DAVIDSON,

        Plaintiff,

5

    v.

6

7  CARL E. KORMAN et al,

        Defendant.

8  _____ /

Case Number: CV09-01695 SBA

**CERTIFICATE OF SERVICE**

9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11  That on September 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing

12  said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15

Evelyn Davidson
16  3124 Sacramento Street
San Francisco, CA 94115

17

Dated: September 8, 2009

18                                Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 09-1695 SBA