UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVIDSON,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KORMAN, et al.,<br><br>　　　　　　Defendants. | Case No: C 09-1695 SBA<br><br>**ORDER**<br><br>Docket 41 |

　　On September 8, 2010, the Court granted Defendants' motion to transfer venue of this action to the U.S. District Court for the Eastern District of California.  On September 20, 2010, Plaintiff filed a Motion to Shorten Time and to Delay Transfer to Eastern District Until Her Attorney Returns, Until October 4, 2010.  Dkt. 41.  Previously, on September 16, 2010, the U.S. District Court for the Eastern District of California docketed the transferred action as 10-CV-02502-FCD-GGH.  Accordingly,

　　IT IS HEREBY ORDERED THAT Plaintiff's motion is DENIED as MOOT.  This Order terminates Docket 41.

　　IT IS SO ORDERED.

Dated: September 27, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

EVELYN DAVIDSON,

       Plaintiff,

  v.

CARL E. KORMAN et al,

       Defendant.

Case Number: CV09-01695 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Evelyn Davidson
3124 Sacramento Street
San Francisco, CA 94115

Dated: September 27, 2010

                                      Richard W. Wieking, Clerk

                                      By: LISA R CLARK, Deputy Clerk